IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

EDDIE GENE EVANS,

    Petitioner,                               JUDGMENT IN A CIVIL CASE

v.                                            Case No. 14-cv-246-wmc

LOUISIANA BOARD OF PAROLE,

    Respondent.

---

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition for a writ of habeas corpus filed by state inmate Eddie Gene Evans without prejudice for want of prosecution.

    /s/                                                                     9/8/2014

Peter Oppeneer, Clerk of Court                        Date